

FILED
CLERK, U.S. DISTRICT COURT
AUG - 6 2019
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> Roberto Carlos Ortega <br><br> Defendant. | Case No. 2:16-CR-00695-DSF-2 <br><br> **ORDER OF DETENTION AFTER HEARING** <br><br> [Fed.R.Crim.P. 32.1(A)(6); <br> 18 U.S.C. § 3143(A)] |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the **Central District of California** for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A. ☒ The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on **defendant did not contest detention.**

|   |   |   |
|---|---|---|
| 1 | | _____ |
| 2 | | _____ |
| 3 | | _____ |
| 4 | | and/or |
| 5 | B. | ☒ The defendant has not met his/her burden of establishing by clear and |
| 6 | | convincing evidence that he/she is not likely to pose a danger to the safety of |
| 7 | | any other person or the community if released under 18 U.S.C. § 3142(b) or |
| 8 | | (c). This finding is based on: _defendant did not contest_ |
| 9 | | _detention_. |

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: 8/6/2019

_____
ALEXANDER F. MacKINNON
UNITED STATES MAGISTRATE JUDGE