**FILED**
CLERK, U.S. DISTRICT COURT
11/2/2022
CENTRAL DISTRICT OF CALIFORNIA
BY: VAV  DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 16-0695-DSF-2 |
| Plaintiff, | ORDER OF DETENTION AFTER HEARING ( Fed.R.Crim.P. 32.1(a)(6) |
| v. Roberto Carlos Ortega | Allegations of Violations of Probation Supervised Release) |
| | Conditions of Release) |
| Defendant. | |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

(A) (✓) the appearance of defendant as required; and/or

(B) ( ) the safety of any person or the community.

//
//

The court concludes:

A. ( ) Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

_____

_____

_____

_____

(B) (✓) Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:
he will obey the court's order and appear in court.

_____

_____

_____

IT IS ORDERED that defendant be detained.

DATED: 11/2/2022

_____
JOHN E. MCDERMOTT
UNITED STATES MAGISTRATE JUDGE

2